**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

"IN ADMIRALTY"

KING OCEAN SERVICES, LTD.,

Plaintiff,

vs. CASE NO.:

DAILY FREIGHT CARGO, CORP.,
a Florida corporation,

Defendant.

_________________________________________/

## COMPLAINT

The Plaintiff, KING OCEAN SERVICES, LTD. (hereinafter "KING OCEAN"), by and through its undersigned counsel files herewith this Complaint against the Defendant, DAILY FREIGHT CARGO, CORP. (hereinafter "DAILY FREIGHT") and for cause of action *in personam* states as follows:

## JURISDICTION

1. This Court has subject matter jurisdiction in accordance with 28 U.S.C. Section 1333(1). The Plaintiff is seeking to enforce rights contained in maritime contracts, making this an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

## VENUE

2. Venue in this district is proper. A substantial part of the events giving rise to the claims asserted by the plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida, namely Port Everglades, Florida. Furthermore, the Defendant maintains a principal place of business in Miami-Dade County, Florida.

## THE PARTIES

3. KING OCEAN SERVICES, LTD. is a Vessel Operating Common Carrier (VOCC) that provides maritime services and cargo transportation between ports of origin in the State of Florida and various ports of destination throughout Central and South America, as well as the Caribbean Basin.

4. Upon information and belief, DAILY FREIGHT CARGO, CORP. is a licensed and bonded

Non-Vessel Operating Common Carrier (NVOCC) that is organized under the laws of the State of Florida with a principal place of business in Doral, Florida.

**FACTUAL ALLEGATIONS**

5. Between June 2016 and October 2016, at the request and direction of DAILY FREIGHT, KING OCEAN shipped goods from Port Everglades, Florida to various ports of discharge in Central and South America and delivered said goods to the named consignees.

6. The ocean freight and related charges agreed to as compensation for the transportation-related activities described in the preceding paragraph are outlined on the account statement attached as Exhibit "A".

7. Copies of the bills of lading that were issued by KING OCEAN for the shipments described in paragraph 5 are attached as Composite Exhibit "B". The front page of each and every bill of lading issued by KING OCEAN state in capital letters, "TERMS OF BILL OF LADING CONTINUED ON BACK HEREOF."

8. The terms and conditions that apply to all ocean bills of lading issued by the Plaintiff are annexed as Exhibit "C".

9. Paragraph 15 of the bill of lading terms and conditions obligates DAILY FREIGHT, the named shipper, to pay the ocean freight and related charges invoiced by the Plaintiff.

10. Despite repeated demands for payment of the sums due, DAILY FREIGHT has failed and refused to remit $24,456.58 in ocean freight and related charges owed to KING OCEAN and the Defendant is not entitled to any offset against said indebtedness.

11. In accordance with Paragraph 15 of the contractual terms and conditions attached as Exhibit "C", DAILY FREIGHT is responsible for the reimbursement of reasonable attorney's fees incurred by the Plaintiff.

**COUNT I – BREACH OF CONTRACT**

12. KING OCEAN repeats and realleges the allegations set forth in Paragraph 1 through 11 as if fully set forth herein.

13. On various dates from June 2016 through and including October 2016, valid contracts were formed when KING OCEAN agreed to transport cargo from the mainland United States to international ports of discharge in exchange for agreed shipping charges to be paid by DAILY FREIGHT. Said ocean freight and related charges are itemized on the Statement of Account attached as Exhibit "A".

14. KING OCEAN performed its contractual obligations, as well as all conditions precedent necessary to bring this action, by transporting cargo for the Defendant and delivering said goods to the consignees named on the ocean bills of lading.

15. DAILY FREIGHT committed a material breach of paragraph 15 of the bill of lading contract attached as Exhibit "C" by not compensating KING OCEAN for the ocean freight and related charges earned by the carrier.

16. KING OCEAN has suffered damages in the amount of $24,456.58.

WHEREFORE, the Plaintiff, KING OCEAN SERVICES, LTD., respectfully requests for this Court to enter judgment against the Defendant, DAILY FREIGHT CARGO, CORP. for damages in the amount of $24,456.58, interest, contractual attorney's fees in accordance with Paragraph 15 of the bill of lading contract, taxable costs and disbursements of this action and any other and further relief as may be just and proper under the circumstances.

Respectfully submitted at Miami, Florida this 8th day of March, 2017.

**DEE M. DOLVIN, P.A.**
*Attorney for Plaintiff*
P.O. Box 310424
Miami, Florida 33231
Telephone: (305) 318-1919
E-mail: Dee@DeeMDolvin.com

By: /s/ Dee M. Dolvin
DEE M. DOLVIN
Florida Bar No.: 707491